UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Erlinda Del Socorro Aviles

Case No. 14-36649-RAM
Chapter 13

__________________________Debtor/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that a true and correct copy of the Order Continuing Motion to Value and Determine Secured Status of Lien on Real Property Held by Home Loan Services was sent to all interested parties on March 19, 2015 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtor, Erlinda Del Socorro Aviles
28366 SW 134 Court
Homestead, FL 33033

Via Certified Mail:

Home Loan Services, Inc.
c/o Robert C. Mercer, Jr., President
150 Allegheny Center Mall
Pittsburgh, PA 15212

First Franklin Corporation
c/o Corporation Service Company, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

First Franklin Financial Corporation
c/o The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____________
Robert Sanchez, Esq., FBN#0442161