**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:  
**Debtor:** ERLINDA AVILES

Case #14-36649  
Chapter 13

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 06-04-2015 and the following parties were present:

1. [ x ] The Debtor: Erlinda Aviles
2. [ x ] The Debtor's Attorney: Kenia Molina, Esq.
3. [ x ] The Lender's Representative: Brandi Lesesne
4. [ x ] The Lender's Attorney: Laura Dyson, Esq.

**B.** The final MMM conference was scheduled for 06-04-2015 but not conducted for the following reason:

1. [   ] The parties settled prior to attending
2. [   ] The case was dismissed
3. [   ] The debtor failed to attend
4. [   ] The debtor's attorney failed to attend
5. [   ] The lender failed to attend
6. [   ] The lender's attorney failed to attend
7. [   ] Other

**C.** The result of the MMM conference is as follows:

1. [ x ] The parties reached an agreement
2. [   ] The parties did not reach an agreement


Dated: 06.04.15

Signature of Mediator: _____ //s// Anthony Roca
Printed Name: **Anthony Roca**
Address: 1750 Coral Way Second Floor Miami, FL 33145

Copies To:
[All Parties to Mediation]

Phone: (305) 771-3529
Email: tony@rocalaw.com