**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Erlinda Aviles                                   Case No. 14-36649-RAM
                                                         Chapter

_____Debtor_____/

### EX PARTE MOTION TO APPROVE MORTGAGE MODIFICATION AGREEMENT WITH SELECT PORTFOLIO SERVICING, INC.

The above-referenced Debtor requests the Court enter an Order approving the Mortgage Modification Agreement with Select Portfolio Servicing, Inc. ("Lender") and states as follows:

1. The Court referred this matter to Mortgage Modification Mediation ("MMM") on February 2, 2015 ( ECF # 20).

2. The final MMM conference was held on June 4, 2015.

3. The MMM Mediator filed a Final Report of Mortgage Modification Mediator on June 4, 2015 (ECF #46), reporting the parties reached an agreement.

4. Attached is a copy of the Agreement entered into between the parties (with all personal identifiers redacted).

5. Pursuant to the Agreement, the Lender will draft all documents required by the Agreement, other than pleadings or plans required to be filed in this case.

**[For chapter 13 cases only]:**

6. Pursuant to the Agreement, the Debtor will amend the plan by July 15, 2015 to provide for the payment.

MMM-LF-14 (08/01/14)

7. All payments shall be considered timely upon receipt by the trustee, not upon receipt by the Lender.

8. The trustee may disburse the payment as adequate protection to the Lender until such time as the plan/modified plan is confirmed, or the case is dismissed or converted to another chapter.

**WHEREFORE, the** Debtor requests the Motion to Approve Mortgage Modification Agreement with Select Portfolio Servicing, Inc.. ("Lender") be granted and for such other and further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Motion to Approve Mortgage Modification Agreement with Select Portfolio Servicing, Inc. was served by U.S, first class mail, upon the parties listed below on June 15, 2015.

/s/ Robert Sanchez, Esq.
Attorney for Debtor(s)
Address:355 West 49th Street
Hialeah, FL 33012
Telephone: (305) 687-8008
Fax:_(305) 512-9701
Florida Bar No.: 0442161
email: Court@bankruptcyclinic.com

Copies to: [all parties to mediation]
Select Portfolio Servicing, Inc.
c/o Aldridge Pite, LLP f/k/a Aldridge Connors, LLP
3575 Piedmont Road Northeast
#500
Atlanta, GA 30305