**HELPING YOU STAY IN YOUR HOME.**



MAKING HOME AFFORDABLE <sup>SM</sup>

*You may be able to make your payments more affordable.*
**Act now to get the help you need!**

Call 888-818-6032 for Immediate Assistance.

**SPS** | **SELECT** *Portfolio* **SERVICING,** *inc.*

May 12, 2015

Re: Customer Name(s): ERLINDA D AVILES
Account Number:        5241
Property Address:   28366 SW 134 CT
                    MIAMI, FL 33032

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect, and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

**Congratulations!** You are approved to enter into a trial period plan under the Home Affordable Modification Program. This is the first step toward qualifying for more affordable mortgage payments. Please read this letter so that you understand all the steps you need to take to modify your mortgage payments.

**What you need to do...**
To accept this offer, you must make your first monthly "trial period payment." To qualify for a permanent modification, you must make the following <u>trial period payments in a timely manner</u>:

> 1st payment: $654.60 by 06/01/2015
>
> 2nd payment: $654.60 by 07/01/2015
>
> 3rd payment: $654.60 by 08/01/2015

After all trial period payments are timely made and you have submitted all the required documents, your mortgage will be permanently modified. (Your existing mortgage and mortgage requirements remain in effect and unchanged during the trial period.) **If each payment is not received by Select Portfolio Servicing, Inc. (SPS) in the month in which it is due, this offer will end and your mortgage will not be modified under the Making Home Affordable Program.**



CF007                          00082664000987081200                          0015765241

Overnight payments can be mailed directly to:

**Select Portfolio Servicing, Inc.**
**Attn:  Remittance Processing**
**3815 South West Temple Salt Lake City, UT 84115**

**If remitting payment via Western Union Quick Collect, please reference the account number and deliver to Code City:  Oswald; Code State:  UT.**

Your assigned Relationship Manager, Samuel Pearce, can be reached toll free at 800-258-8602 Ext. 46118 or by email at directcontact@spservicing.com.

At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available resolution options. If you have any questions or if you cannot afford the trial period payments shown above but want to remain in your home, or if you have decided to leave your home but still want to avoid foreclosure, please call us at 888-818-6032 as we may be able to help you. (Also, please review the attached "Frequently Asked Questions.")

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, hagala traducir. Nuestros representantes bilingues estan a su disposición para contestar cualquier pregunta llamando al teléfono 800-831-0118 y marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

Attachments: (1) Frequently Asked Questions and (2) Additional Trial Period Plan Information and Legal Notices

The *Making Home Affordable* program was created to help millions of homeowners refinance or modify their mortgages. As part of this program, we – your mortgage servicer – and the Federal Government are working to offer you options to help you stay in your home.

CF007                                                                                                                                    0015765241

**FREQUENTLY ASKED QUESTIONS**    Get the answers you need to some of the most common questions.

**Q. What else should I know about this offer?**
- If you make your new payments timely we will not conduct a foreclosure sale.
- You will not be charged any fees for this trial period plan or a permanent modification.
- If your mortgage is modified, we will waive all unpaid late charges.
- Your credit score may be adversely affected by accepting a trial period plan. The impact of a permanent modification on a credit score depends on the homeowner's entire credit profile. For more information about your credit score, go to http://www.ftc.gov/bcp/edu/pubs/consumer/credit/cre24.shtm.
- You may be required to attend credit counseling.

**Q. Why is there a trial period?**
The trial period offers you immediate payment relief and gives you time to make sure you can manage the lower monthly mortgage payment. The trial period is temporary, and your existing mortgage and mortgage requirements remain in effect and unchanged during the trial period.

**Q. How was my new payment in the trial period determined?**
Your trial period payment is approximately 31% of your total gross monthly income, which we determined to be $2,103.88 based upon the income documentation you provided. If the mortgage is successfully modified, your new payment also will be based on 31% of your gross income. In addition, if your existing payment includes mortgage insurance premiums, this amount will also be added to your payment. If we were able to permanently modify your mortgage today, we estimate your modified interest rate would be 2.000%. Your final modified interest rate may be different.


The modified payment should be sufficient to pay the principal and interest as well as property taxes, insurance premiums and other permissible escrow fees based on our recent analysis of these costs. Your modified monthly payment may change if your property taxes and insurance premiums change. If you did not have an escrow account before, the timing of your tax and insurance bills may require that you make a payment to cover any such bills when they come due. This is known as an escrow shortage. Your account has an escrow shortage of $1,343.60; this can either be paid in a lump sum when the mortgage is modified or over the next 60 months in an amount of $22.39 per month in addition to your modified monthly mortgage payment. If you wish to pay the total shortage as a lump sum, please contact us at 888-818-6032.

**Q. When will I know if my mortgage can be modified permanently and how will the modified account balance be determined?**
Once you make all of your trial period payments on time, we will send you a modification agreement detailing the terms of the modified mortgage. Any difference between the amount of the trial period payments and your regular mortgage payments will be added to the balance of your account along with any other past due amounts as permitted by your mortgage documents. While this will increase the total amount that you owe, it should not significantly change the amount of your modified mortgage payment as that is determined based on your total monthly gross income, not your account balance.

**Q. Are there financial incentives that I may qualify for if I am current with my new payments?**
If your mortgage is permanently modified and you remain in good standing for six years, you may be eligible to earn up to $10,000 in pay-for-success incentives. These incentives will be *applied to reduce your principal balance*. Importantly, this helps you build equity in your property by reducing the amount that you owe. However, you must make your payments on-time (including your trial period payments) in order to receive the full benefit of these incentives. You will not earn any pay-for-success incentives after your modified mortgage loses good standing—which means that the equivalent of three full monthly payments are due and unpaid on the last day of any month—at any time during this six year period.



**Q. Will my interest rate and principal and interest payment be fixed after my mortgage is permanently modified?**

Once your mortgage is modified, your interest rate and monthly principal and interest payment will be fixed for the life of your mortgage unless your initial modified interest rate is below current market interest rates. In that case, the below market interest rate will be fixed for five years. At the end of the fifth year, your interest rate may increase by 1% per year until it reaches a cap. The cap will equal the market rate of interest being charged by mortgage lenders on the day your modification agreement is prepared (the Freddie Mac Primary Mortgage Market Survey® rate for 30-year fixed-rate conforming mortgages). Once your interest rate reaches the cap, it will be fixed for the remaining life of your mortgage. Your new monthly payment will include an escrow for property taxes, hazard insurance and other escrowed expenses. If the cost of your homeowners insurance, property tax assessment or other escrowed expenses increases, your monthly payment will increase as well.

**Q. What if I have other questions about a Home Affordable Modification that cannot be answered by my mortgage servicer?**

Call the Homeowner's HOPE™ Hotline at **888-995-HOPE (4673)**. This Hotline can help with questions about the program and offers access to free HUD-certified counseling services in English and Spanish.



**Q. What if I am aware of fraud, waste, mismanagement or misrepresentations affiliated with the Troubled Asset Relief Program?**

Please contact SIGTARP at 877-SIG-2009 (toll-free), 202-622-4559 (fax) or www.sigtarp.gov and provide them with your name, our name as your servicer, your property address, account number and reason for escalation. Mail can be sent to: Hotline Office of the Special Inspector General for Troubled Asset Relief Program, 1801 L Street NW, Washington, DC 20220.



**IMPORTANT PROGRAM INFO**   Here's what you need to know about the Home Affordable Modification program.

### Additional Trial Period Plan Information and Legal Notices

The terms of your trial period plan below are effective on the day you make your first trial period payment, provided you have paid it on or before 06/01/2015. You and we agree that:

**We will not proceed to foreclosure sale during the trial period, provided you are complying with the terms of the trial period plan**

- Any pending foreclosure action or proceeding that has been suspended may be resumed if you are notified in writing that you failed to comply with the terms of the trial period plan or do not qualify for a permanent modification.
- You agree that the servicer will hold the trial period payments in an account until sufficient funds are in the account to pay your oldest delinquent monthly payment. You also agree that the servicer will not pay your interest on the amounts held in the account. If any money is left in this account at the end of the trial period plan, those funds will be deducted from amounts that would otherwise be added to your modified principal balance.
- The servicer's acceptance and posting of your new payment during the trial period will not be deemed a waiver of the acceleration of your mortgage (or foreclosure actions) and related activities, and shall not constitute a cure of your default under your mortgage unless such payments are sufficient to completely cure your entire default under your mortgage.

**If your monthly payment did not include escrows for taxes and insurance, you are now required to do so:**

- You agree that any prior waiver that allowed you to pay directly for taxes and insurance is revoked. You agree to establish an escrow account and to pay required escrows into that account.

**Your current mortgage documents remain in effect; however, you may make the trial period payment instead of the payment required under your mortgage documents:**

- You agree that all terms and provisions of your current mortgage documents remain in full force and effect and you will comply with those terms; and that nothing in the trial period plan shall be understood or construed to be a satisfaction or release in whole or in part of the obligations contained in the mortgage documents.



0015765241

 

May 12, 2015

    ERLINDA D AVILES
    28366 SW 134TH CT
    HOMESTEAD, FL 33032-0000

RE: Modification of Account No.:    ̣5241

    Account :          5241
    Property Address:  28366 SW 134 CT
                       MIAMI, FL 33032

Dear ERLINDA D AVILES,

Congratulations on taking the necessary steps to modify your mortgage. By working with Select Portfolio Servicing, Inc. (SPS) you are on your way toward a more affordable mortgage payment.

Now that SPS has approved your account for a Trial Plan Period you are eligible to receive free financial coaching. SPS is working with the Homeownership Preservation Foundation (HPF) to provide you with financial coaching to promote your overall financial health and long-term financial success.

HPF is an independent, national non-profit organization specializing in consumer housing education. In addition, HPF works to help homeowners be better prepared to make the important financial decisions that can help keep them in their homes. HPF and its network of HUD-approved housing counseling agencies have already served more than five million homeowners such as yourself.

This opportunity for financial coaching is available to you absolutely FREE. As part of the program, you will learn about:

- **Reducing debt** and practical solutions for managing expenses
- **Budgeting tips,** including the best ways to manage household finances, mortgage payments, and other financial obligations
- **Developing a personalized action plan** to help you meet your short- and long-term financial goals

HPF will connect you with a financial coach, who will work with you to customize the program to meet your specific needs and discuss the topics you want to learn about. In addition, your financial coach will provide you with a comprehensive package of information that will detail your conversations and provide you with access to resources that can help keep you on track to reach your financial goals.

Within the next several days you will receive a call from SPS regarding the financial coaching program. Or, if you would like to get started and begin your financial coaching right away, you may contact HPF directly at (855) 306-1552 (Monday through Friday, 7 a.m. - 8 p.m. Eastern Time) to begin.



CF007                             0008266400098711200               0015765241

 

You've already started improving your financial future. We hope you take the next step by taking advantage of this unique opportunity and the many benefits of HPF's independent financial coaching.

If you have any questions about your account or about this opportunity to work with HPF, your assigned Relationship Manager, Samuel Pearce, can be reached toll free at 800-258-8602 Ext. 46118 or by email at directcontact@spservicing.com.

At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, or any of our available loan resolution options. If you have any questions or concerns, please contact SPS. Our toll-free number is 888-818-6032, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, hagala traducir. Nuestros representantes bilingues estan a su disposición para contestar cualquier pregunta llamando al teléfono 800-831-0118 y marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

 

May 12, 2015

 ERLINDA D AVILES
28366 SW 134TH CT
HOMESTEAD, FL 33032-0000

RE: Modificación de Cuenta n.º:        5241

Cuenta:                    5241
Dirección de la propiedad: 28366 SW 134 CT
                           MIAMI, FL 33032

Estimado ERLINDA D AVILES:

Felicitaciones por dar los pasos necesarios para modificar su hipoteca. Al trabajar con Select Portfolio Servicing, Inc.(SPS), usted está en camino hacia el pago de hipoteca más asequible.

Ahora que SPS ha aprobado su cuenta para un Plan de Período de Prueba, es elegible para recibir asesoramiento financiero gratuito. SPS está trabajando con la Fundación de Preservación de la Propiedad de la Vivienda (HPF, por sus siglas en inglés) para brindarle asesoramiento financiero a fin de promover su salud financiera general y el éxito financiero a largo plazo.

HPF es un organización nacional independiente sin fines de lucro que se especializa en la educación del consumidor sobre la vivienda. Además, HPF trabaja para ayudar a los propietarios de vivienda a estar mejor preparados para tomar las importantes decisiones financieras que les pueden ayudar a permanecer en sus hogares. HPF y sus agencias de asesoramiento de viviendas aprobadas por el Departamento de Vivienda y Desarrollo Urbano (HUD, por sus siglas en inglés) ya han ayudado a más de cinco millones de propietarios como usted.

Esta oportunidad de asesoramiento financiero está a su disposición de manera absolutamente GRATUITA. Como parte del programa, aprenderá acerca de:

- **reducción de deudas** y soluciones prácticas para la administración de gastos;
- **consejos sobre el presupuesto**, incluidas las mejores formas de administrar las finanzas del hogar, los pagos de hipoteca y otras obligaciones financieras;
- **desarrollo de un plan de acción personalizado** para ayudarle a alcanzar sus objetivos financieros a corto y a largo plazo.

HPF le conectará con un asesor financiero, que trabajará con usted para personalizar el programa a fin de satisfacer sus necesidades específicas y debatir sobre los temas que desee aprender. Asimismo, su asesor financiero le proporcionará un paquete completo de información que detallará sus conversaciones y le otorgará acceso a recursos que pueden ayudarle a mantenerlo en camino para alcanzar sus objetivos financieros.

Dentro de los próximos días, recibirá una llamada de SPS con respecto al programa de asesoramiento financiero. O, si desea comenzar su entrenamiento financiero inmediatamente, puede contactar directamente a HPF al (855) 306-1552 (de lunes a viernes, de 7 a. m. a 8 p. m. hora del este).



 

Ya ha comenzado a mejorar su futuro financiero. Deseamos que dé el siguiente paso y aproveche esta oportunidad única y los distintos beneficios del asesoramiento financiero independiente de HPF.

Si tiene alguna pregunta sobre su cuenta o sobre esta oportunidad de trabajar con HPF, puede comunicarse con su SPS Gerente de Relaciones asignado, Samuel Pearce, al número gratuito 800-258-8602 Ext. 46118 o por correo electrónico directcontact@spservicing.com.

En SPS, cualquiera de nuestros representantes de servicios entrenados le pueden ayudar con respuestas a sus preguntas sobre el estado o el historial de su cuenta, o cualquiera de nuestras opciones disponibles para resolucion de prestamo hipotecario. Para cualquier pregunta, póngase en contacto con SPS. Nuestra línea telefónica gratuita es 888-818-6032 y los representantes están disponibles de lunes a viernes, de 8 a. m. a 11 p. m., los viernes de 8 a. m. a 9 p. m. y los sábados de 8 a. m. a 2 p. m., hora del este.

Atentamente,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, hagala traducir. Nuestros representantes bilingues estan a su disposición para contestar cualquier pregunta llamando al teléfono 800-831-0118 y marque la opción 2.**

**El propósito de esta información es solo informativo, y no se considera como un intento de recolectar una deuda.**

Select Portfolio Servicing
PO BOX 65250
Salt Lake City, UT
84165-0250

ERLINDA D AVILES
28366 SW 134TH CT
HOMESTEAD, FL 330320000





May 12, 2015

ERLINDA D AVILES
28366 SW 134TH CT
HOMESTEAD, FL 33032-0000

RE:    Account Number:          )5241
       Property Address:    28366 SW 134 CT
                            MIAMI, FL 33032

Dear Customer(s):

You previously provided a complete Assistance Review Application and we are providing our response to that complete application. Because our records indicate that your lien may be subject to Bankruptcy, please read the following:

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, is sending this to you to provide information regarding the lien on the real property referenced above. Our records indicate that your obligation has either been discharged or is subject to an automatic stay order under the United States Bankruptcy Code. This notice and any enclosed documents are for compliance and informational purposes only and do not constitute a demand for payment or an attempt to collect such obligation. Even though your personal liability on the note may be discharged or subject to an automatic stay, the terms of the mortgage remain in effect, and the owner of the mortgage, as lien holder, continues to have a lien on the real property.

If there is any bankruptcy proceeding pending that includes the subject property, then you may need to obtain Bankruptcy Court approval prior to any refinance or sale of the property. Similarly, you may need Bankruptcy Court approval of any permanent modification of the account.

Please review the enclosed letter regarding our review of the account. You may contact SPS at 888-818-6032 to discuss the enclosures. SPS representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

Sincerely,

Select Portfolio Servicing, Inc.

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**





May 12, 2015

 ERLINDA D AVILES
28366 SW 134TH CT
HOMESTEAD, FL 33032-0000

Re:  Customer Name(s): ERLINDA D AVILES
     Account Number:        5241
     Property Address:   28366 SW 134 CT
                         MIAMI, FL 33032

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS), the mortgage servicer on the above referenced account, has completed its review of your complete Assistance Review Application. Thank you for completing your Assistance Review Application and submitting all required documentation. The decisions in this letter represent the evaluation of all home retention loss mitigation options available to you, ensuring you receive a fair and complete evaluation. Our reviews are conducted in accordance with applicable laws and investor eligibility rules. SPS is committed to a policy of nondiscrimination in all aspects of its servicing program.

## Loss Mitigation Program Decision

Congratulations! You have qualified for and we are pleased to offer you a HAMP Tier 1 Trial Modification. This program is intended to help you avoid foreclosure or other legal action. Attached you will find the terms and conditions of our approval along with instructions to accept the offer. It is important that you read it carefully and comply with the terms outlined in the agreement. If after reading through the terms and conditions of the offer you find that you are unable to meet the requirements, or you have further questions, please contact SPS.

**The approved option must be accepted by June 1, 2015, or we will consider the offer rejected. If you do not accept this option by the due date, you may lose your opportunity to participate in these options now and in the future. Your plan will be considered accepted if you make the first payment due according to the attached payment schedule.**

If there is any bankruptcy proceeding pending that includes the subject property, then you will need to obtain Bankruptcy Court approval prior to any refinance or sale of the property. Similarly, you may need Bankruptcy Court approval of any permanent modification of the account.

## Non-Home Retention Options

You may be eligible for non-home retention options. Our approval of these non-home retention options is conditioned upon our receipt of information that may not be in your possession (e.g., appraisal or title search) that is necessary to establish the specifics of the offer. Depending on what the documents show, the specific option may not be available.

Non-home retention options include the following:



CF007                    0008266400098703120                    0015765241

**Short Sale.** If you are interested in selling your property but owe more than your home is worth, a short sale may be an option. In a short sale, we would allow you to sell the mortgaged property and pay off your mortgage account for an amount which is less than the outstanding balance, interest and fees.  Approval for this option is conditioned upon receipt of required documentation, investor, and/or mortgage insurer approval, if required, and evaluation of the amount being presented for pay off of the outstanding lien. If you are interested in this option and have a current purchase offer on your home, please contact us immediately. If you are interested in selling your home, but need assistance in finding an experienced real estate agent to assist you, SPS can refer you to an agent in your area. Please contact one of our representatives at the number below for more information.

**Deed in Lieu of Foreclosure.** With a deed in lieu, you agree to transfer the title or ownership of your property to the owner or servicer of your mortgage in order to avoid foreclosure sale and satisfy all or a portion of the mortgage debt. The amount of debt satisfied by this transfer of ownership is based on the approved value of your home. In some cases, you may be responsible for a remaining balance of the mortgage debt over and above the approved value. This option is conditioned upon receipt of required documentation, investor and/or mortgage insurer approval, if required, and the ability to provide title to the property clear of all other liens.

As stated, these options have different requirements and guidelines, and not all accounts will qualify. Moreover, some of these options may offer financial assistance for your relocation. Please contact SPS for more detail.

## Regulatory Notice of Non-Approval

Even though you are approved for a HAMP Tier 1 Trial Modification, federal law requires us to disclose the programs for which you have been reviewed but not approved. SPS reviewed your complete Assistance Review Application for eligibility under its loss mitigation options, which are established through investor rules and are based on your individual circumstances. All program(s) below are the program(s) for which you were denied and the specific reason for non-approval. These denials are based on the criteria where your account did not pass the program eligibility requirements; we did not consider other criteria regarding ineligibility as part of our decision.

- **HAMP Tier 2 Trial Modification**

  **Alternate Option Offered.** We are unable to offer you this program because you were approved for another loss mitigation option based on investor and/or regulatory rules.

- **SPS Trial Modification**

  **Alternate Option Offered.** We are unable to offer you this program because you were approved for another loss mitigation option based on investor and/or regulatory rules.

- **Home Affordable Unemployment Program (HAUP)**

  You did not provide us with the required unemployment and/or income documentation.

## Right to Appeal

You have the right to appeal any non-approval by providing a written explanation of why you believe our determination was incorrect, along with all supporting evidence, within thirty (30) days of the date of this letter to:

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277
Correspondence@spservicing.com

You have thirty (30) calendar days from the date of this notice to contact SPS to discuss the reason for non-approval. Any pending foreclosure action may continue; however, no foreclosure sale will be conducted and you will not lose your home during this 30-day period or any longer period required for us to review supplemental material you may provide in response to this notice. If a foreclosure sale has already been scheduled we will instruct our attorney to file a motion to postpone such sale. It is possible however that a court will deny the motion and the sale will proceed.  If that happens we will be unable to provide loss mitigation.

**Notice of Error or Information Request**

If you believe there has been an error with the account or you require additional information, you may send a written Notice of Error or Information Request. All Notices of Error or Information Requests must be sent in writing to the address listed below, as this is our exclusive address under Federal Law for these matters. If you send your correspondence to any other address, it may not be processed in accordance with Federal law.

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277

**Contact Us**

If you have any questions, your assigned Relationship Manager, Samuel Pearce, can be reached toll free at 800-258-8602 Ext. 46118 or by email at directcontact@spservicing.com.

At SPS, any of our trained servicing representatives can assist you with answers to your questions about the status or history of your account, document requirements, or any of our available loan resolution options. If you have any questions or concerns, please contact our Loan Resolution Department. Our toll-free number is 888-818-6032, and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

If you would like to speak with a HUD approved counselor, call the Homeowner's HOPE™ Hotline 888-995-HOPE (4673). The Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment.

Sincerely,


Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, hagala traducir. Nuestros representantes bilingues estan a su disposición para contestar cualquier pregunta llamando al teléfono 800-831-0118 y marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

Select Portfolio Servicing, Inc. is required by law to inform you that we are unable to fulfill your request for a modification and the federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided that the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is the Bureau of Consumer Financial Protection, 1700 G Street NW., Washington, DC 20552.



CF007

0015765241

### Net Present Value (NPV) Results
Below are the inputs used in the NPV calculation conducted during our review for the HAMP Trial Modification loss mitigation option.

## NPV Data Input Field Values (HAMP)

| Input Data Fields | Explanation | Value used in NPV calculation to determine the HAMP eligibility of your mortgage |
|---|---|---|
| **I. Customer Information** | | |
| 1. Current Customer Credit Score | This field identifies your credit score as provided by one or more of the three national credit reporting agencies. | 609 |
| 2. Current Co-customer Credit Score | If a co-customer is listed on the mortgage, this field identifies the co-customer's credit score as provided by one or more of the three national credit reporting agencies. | |
| 3. Monthly Gross Income | This field identifies the monthly gross income of all customers on your loan before any payroll deductions or taxes.<br><br>If the subject property (e.g., the property securing the loan for which the customer is requesting a HAMP modification) is a rental property, the rental income is excluded. | $2,103.88 |
| 4. Principal Residence Total Housing Expense | This field only applies if your application for a HAMP modification is for a property that is not your principal residence.<br><br>This field identifies the amount of the total monthly housing expense (i.e., principal, interest, taxes, insurance and association fees, if any) for your principal residence, and the principal residence(s) of any co-customer(s). | $0.00 |
| **II. Property Information** | | |
| 5. Property - State | This field identifies the two letter state code of the property securing the mortgage for which you are applying for a HAMP modification. | FL |
| 6. Property - Zip Code | This field identifies the zip code of the property securing the mortgage for which you are applying for a HAMP modification. | 33032 |
| 7. Property Value | This field identifies the estimated fair market value of the property for which you are applying for a HAMP modification that was used for this analysis. | $150,000.00 |
| 8. Property Valuation Type | This field identifies the method by which the property for which you are applying for a HAMP modification was valued (as noted in Field 6, Property Value)<br>1 – Automated Valuation Model (AVM)<br>2 – Exterior Broker Price Opinion (BPO) / Appraisal (as is value)<br>3 – Interior BPO / Appraisal (as is value) | 2 - Exterior BPO/Appraisal |
| 9. Occupancy | This field uses codes to identify the occupancy of the property for which you are applying for a HAMP modification.<br><br>The servicer will for owner-occupied properties use a code of 1, 3 or 4 and for nonowner - occupied properties will use a code of 2. | 1 |
| 10. Property - Monthly Gross Rental Income | This field only applies if your application for a HAMP modification is for a property that is not your principal residence.<br><br>This field identifies the monthly gross rental income from the property for which you are applying for a HAMP modification. | |



| Input Data Fields | Explanation | Value used in NPV calculation to determine the HAMP eligibility of your mortgage |
|---|---|---|
| **III. Mortgage Information** | | |
| 11. Data Collection Date | This field identifies the date on which the Unpaid Principal Balance and other data used in the NPV analysis was collected by us. | 05/07/2015 |
| 12. Imminent Default Flag | This field indicates your default status as of the Data Collection Date. If you have not missed any payments or less than two payments are due and unpaid by the end of the month in which they are due, you are considered to be in imminent default and the value in this field is "Y". If two or more payments are due and unpaid by the end of the month in which they are due as of the Data Collection Date, the value in this field is "N". | N |
| 13. Investor Code | This field identifies the owner of the mortgage for which you are applying for a HAMP modification.<br>1 – Fannie Mae<br>2 – Freddie Mac<br>3 – Owned by a private investor other than us, your servicer<br>4 – Owned by us, your servicer or an affiliated company<br>5 – Ginnie Mae | 4 - Portfolio |
| 14. Unpaid Principal Balance at Origination | This field identifies the amount of the mortgage for which you are applying for a HAMP modification at the time it was originated (i.e., the amount you borrowed). | $232,100.00 |
| 15. First Payment Date at Origination | This field identifies the date the first payment on the mortgage for which you are applying for a HAMP modification was due after it was originated. | 12/01/2006 |
| 16. Product Before Modification | This field uses codes to identify the type of mortgage you held prior to your most recent application for a HAMP modification:<br>1. Adjustable Rate Mortgage (ARM) and/or Interest Only mortgage loan<br>2. Fixed Rate<br>3. Step Rate<br>4. One Step Variable<br>5. Two Step Variable<br>6. Three Step Variable<br>7. Four Step Variable<br>8. Five Step Variable<br>9. Six Step Variable<br>10. Seven Step Variable<br>11. Eight Step Variable<br>12. Nine Step Variable<br>13. Ten Step Variable<br>14. Eleven Step Variable<br>15. Twelve Step Variable<br>16. Thirteen Step Variable<br>17. Fourteen Step Variable | 2 - Fixed Rate |
| 17. Adjustable Rate Mortgage (ARM) Reset Date | This field applies only if the type of mortgage you held prior to your most recent application for a HAMP modification is an Adjustable Rate Mortgage (ARM) loan.<br><br>This field identifies the date on which the next Adjustable Rate Mortgage (ARM) reset was due to occur, as of the Data Collection Date (Field 11). | |

0015765241

| Input Data Fields | Explanation | Value used in NPV calculation to determine the HAMP eligibility of your mortgage |
|---|---|---|
| 18. Next Adjustable Rate Mortgage (ARM) Reset Rate | This field identifies the rate at which your mortgage was expected to change based on when the next reset date (Field 14) is scheduled to occur. Please look to your mortgage loan documentation for information on how your mortgage's rate is recalculated at its reset date.<br><br>If the reset date on your ARM loan is within 120 days of the Data Collection Date, this value in this field is the expected interest rate on your mortgage at the next reset date.<br><br>If the reset date on your ARM loan is more than 120 days from the Data Collection Date, the value in this field is your current interest rate at the time of NPV evaluation. | |
| 19. Unpaid Principal Balance Before Modification | This field identifies the unpaid amount of principal (money you borrowed) on the mortgage for which you are applying for a HAMP modification as of the Data Collection Date. It does not include any unpaid interest or other amounts you may owe. | $121,266.97 |
| 20. Interest Rate Before Modification | This field identifies the interest rate on the mortgage for which you are applying for a HAMP modification as of the Data Collection Date. Please look to your mortgage loan documentation (including any permanent modification documentation if previously modified) for information on the interest rate of your mortgage. | 7.250% |
| 21. Remaining Term (# of Payment Months Remaining) | This field identifies the remaining number of months you have left to pay under the term of the mortgage for which you are applying for a HAMP modification as of the Data Collection Date. Please look to your mortgage loan documentation (including any permanent modification documentation if previously modified) for information on the term of your mortgage. | 258 |
| 22. Principal and Interest Payment Before Modification | This field is the amount of principal and interest you were scheduled to pay each month as of the Data Collection Date.<br>    A. If your loan had an adjustable rate scheduled to reset within 120 days, this field will reflect the principal and interest payment associated with the new interest rate.<br>    B. If your loan had an adjustable rate scheduled to reset after 120 days, this field will reflect the current scheduled monthly mortgage payment and the note interest rate in effect at the time of evaluation.<br>    C. If your mortgage is an Interest Only loan and your loan was in the interest only period, the value in this field is the interest payment that was due each month.<br>    D. If your mortgage is a negative-amortization loan, the value in this field is the greater of:<br>        a. the principal and interest payment you sent on the most recent payment date; or<br>        b. the minimum payment required on your loan.<br><br>For a loan that defaulted under the HAMP Trial Period Plan, enter the contractual monthly P&I payment as of the Data Collection Date. For a loan that defaulted under the HAMP Tier 1 permanent modification, enter the permanent HAMP Tier 1 modification monthly P&I payment. | $921.71 |
| 23. Monthly Real Estate Taxes | This field identifies the monthly cost of your real estate taxes. If your taxes are paid annually this amount will be 1/12th of the annual cost. | $109.06 |



0008266400098706120 0

0015765241

| Input Data Fields | Explanation | Value used in NPV calculation to determine the HAMP eligibility of your mortgage |
|---|---|---|
| 24. Monthly Hazard and Flood Insurance | This field identifies the monthly cost of your hazard and flood insurance coverage. If your insurance is paid annually this amount will be 1/12th of the annual cost. | $208.21 |
| 25. Homeowners Association Dues/Fees | This field identifies your monthly homeowner's or condominium association fee payments, if any, and/or any future monthly escrow shortages. If your homeowner's or condominium association fee payments are paid annually, this will be 1/12th of the annual cost.<br><br>If your property has no association fee payments and/or any future monthly escrow shortages, this field is blank. | $22.39 |
| 26. Months Past Due | This field identifies the number of mortgage payments you would have had to make in order to make your mortgage current, as of the Data Collection Date. | 5 |
| 27. Mortgage Insurance Coverage Percent | This field identifies the percentage of private mortgage insurance coverage on the mortgage for which you are applying for a HAMP modification. If you do not have private mortgage insurance this field is blank. | 0% |
| 28. Capitalized UPB Amount | This field identifies the capitalized unpaid principal balance amount that includes all outstanding principal, accrued interest, escrow advances as of the data collection date. | $126,688.24 |

## IV. Proposed Modification Information

The fields below describe the proposed HAMP modification that was calculated by your servicer according to the HAMP program guidelines (subject to investor restrictions) that were used in your Net Present Value (NPV) evaluation.

| | | |
|---|---|---|
| 29. NPV Date | This field identifies the initial date that the Net Present Value evaluation was conducted on the mortgage for which you are applying for a HAMP modification. | 05/07/2015 |
| 30. Modification Fees | This field identifies the total amount of costs and fees that would have been paid by the investor (owner) of your loan, if you had been approved for a HAMP modification. It includes expenses such as notary fees, property valuation, credit report and other required fees. | $0.00 |
| 31. Mortgage Insurance Partial Claim Amount of the Proposed HAMP Modification | This field identifies any mortgage insurance payout amount as part of the proposed HAMP modified mortgage, which is, at the discretion of your mortgage insurance company.<br><br>This should be zero if you were not approved for a trial period plan or permanent HAMP modification for reason of negative NPV. | $0.00 |
| 32. Unpaid Principal Balance of the Proposed HAMP Tier 1 Modification (Net of Forbearance & Principal Reduction) | This field identifies the beginning principal balance on which you would have been required to pay interest if you had received a HAMP Tier 1 modification.<br><br>It is likely to be different than your current principal balance because it includes amounts you owe for missed mortgage payments and unpaid expenses that are allowed to be added (capitalized) to your principal balance. Additionally, it may be reduced by proposed principal forbearance (Field 36) or proposed principal forgiveness (Field 37). | $104,000.00 |
| 33. Interest Rate of the Proposed HAMP Tier 1 Modification | This field identifies the starting interest rate of the proposed HAMP Tier 1 modified mortgage. This rate is fixed for at least the first 5 years after modification. | 2.000% |

| Input Data Fields | Explanation | Value used in NPV calculation to determine the HAMP eligibility of your mortgage |
|---|---|---|
| 34. Amortization Term of the Proposed HAMP Tier 1 Modification | This field identifies the number of months left to pay the proposed HAMP Tier 1 modified mortgage. | 480 |
| 35. Principal and Interest Payment of the Proposed HAMP Tier 1 Modification | This field identifies the amount of the monthly principal and interest payment on the proposed HAMP Tier 1 modified mortgage. | $314.94 |
| 36. Principal Forbearance Amount of the Proposed HAMP Tier 1 Modification | This field identifies the amount of principal your investor was willing to forbear on the proposed HAMP Tier 1 modified mortgage. You would have still owed this amount, but you would not be charged interest on it and no payments would have been due on this amount until you paid off your loan. | $24,512.13 |
| 37. Principal Forgiveness Amount of the Proposed HAMP Tier 1 Modification | This field identifies the amount of principal your investor was willing to forgive under the proposed HAMP Tier 1 modified mortgage. | $0.00 |
| 38. Unpaid Principal Balance of the Proposed HAMP Tier 2 Modification (Net of Forbearance & Principal Reduction) | This field identifies the beginning principal balance [as of the Data Collection Date] on which you would have been required to pay interest if you had received a HAMP Tier 2 modification. It is likely to be different than your current principal balance because it includes amounts you owe for missed mortgage payments and unpaid expenses that are allowed to be added (capitalized) to your principal balance. Additionally, it may be reduced by proposed principal forbearance (Field 43 or the amount calculated by the NPV model under the standard Tier 2 modification) or proposed principal forgiveness (Field 39). | $0.00 |
| 39. Principal Forgiveness Amount of the Proposed HAMP Tier 2 Modification | This field identifies the amount of principal your investor was willing to forgive under the proposed HAMP Tier 2 modified mortgage. | $0.00 |
| 40. Investor Override for Tier 2 Modification | This field indicates whether the owner of your mortgage provides for different terms than would be provided under the standard HAMP Tier 2 Modification. If not, the value in this field is "N". If here are terms other than the standard terms, the value in this field is "Y". | N |
| 41. Interest Rate of the Proposed HAMP Tier 2 Modification | This field only applies if the owner of your mortgage provides for a different interest rate than would be provided under the standard HAMP Tier 2 Modification. This field identifies the interest rate of the proposed HAMP Tier 2 modified mortgage. This rate is fixed. | |
| 42. Amortization Term of the Proposed HAMP Tier 2 Modification | This field only applies if the owner of your mortgage provides for a different amortization term than would be provided under the standard HAMP Tier 2 Modification. This field identifies the number of months left to pay the proposed HAMP modified mortgage. | |
| 43. Principal Forbearance Amount of the Proposed HAMP Tier 2 Modification | This field only applies if the owner of your mortgage provides for a different forbearance amount than would be provided under the standard HAMP Tier 2 Modification. This field identifies the amount of principal forborne on the proposed HAMP modified mortgage. You would have still owed this amount, but you would not be charged interest on it and no payments would have been due on this amount until you paid off your loan. | |



CF007

0015765241