| Fill in this information to identify the case: |
|---|
| Debtor 1   Erlinda Del Socorro Aviles |
| Debtor 2 |
| (Spouse, if filing) |
| United States Bankruptcy Court for the Southern District of FLORIDA |
| Case number 14-36649-RAM |

Official Form 410S1

# Notice of Mortgage Payment Change                                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF FIRST FRANKLIN MORTGAGE LOAN TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-FF18

**Court claim no.** (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account: 5241

**Date of payment change:** 01/01/2016
Must be at least 21 days after date of this notice

**New total payment:** $$674.39
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $ 344.94          New escrow payment: $ 368.54

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate:          0.00%              New interest rate:          0.00%

   Current principal and interest payment: $$0.00    New principal and interest payment: $$0.00

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment $$0.00          New mortgage payment: $$0.00

Debtor 1 <u>Erlinda Del Socorro Aviles</u>       Case number *(if known)* <u>14-36649-RAM</u>
      Print Name   Middle Name   Last Name

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Audrey J. Dixon   Date  12/11/2015
   Signature

Print   Audrey   Jayne   Dixon     Title  Authorized Agent for Creditor
       First Name  Middle Name  Last Name

Company  Robertson Anschutz & Schneid, P.L.

Address  6409  Congress Avenue, Suite 100
       Number  Street

        Boca Raton      FL    33487
        City          State   ZIP Code

Contact Phone  561-241-6901      Email  bkyecf@rasflaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 11, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

ROBERT SANCHEZ, ESQ, 355 W 49TH STREET, HIALEAH, FL 33012

ERLINDA DEL SOCORRO AVILES, 28366 SW 134 COURT, HOMESTEAD, FL 33033-7341

NANCY K. NEIDICH, POB 279806, MIRAMAR, FL 33027

OFFICE OF THE US TRUSTEE, 51 S.W. 1ST AVE., SUITE 1204, MIAMI, FL 33130

                              Robertson, Anschutz & Schneid, P.L.
                              Authorized Agent for Secured Creditor
                              6409 Congress Ave., Suite 100
                              Boca Raton, FL 33487
                              Telephone: 561-241-6901
                              Facsimile: 561-997-6909

                              By: /s/ Audrey J. Dixon
                              Audrey J. Dixon, Esquire
                              Email: bkyecf@rasflaw.com

**SPS** | SELECT Portfolio SERVICING, inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250



**Phone Number:** 800-258-8602
www.spservicing.com

Loan Number:

001889

ERLINDA D AVILES
28366 SW 134TH CT
HOMESTEAD     FL  33032

Statement Date: 09/23/15

**This statement is for informational purposes only.**
**RE: Important notice regarding your Escrow and your new mortgage payment amount.**

Dear ERLINDA D AVILES:

Select Portfolio Servicing, Inc. (SPS) reviewed your escrow account to determine your new monthly escrow payment. Following are the answers to the most common questions we receive about the escrow and the details related to your account.

### 1. What is the amount of my new monthly payment?

| TABLE 1 | **New Payment** (as of January 01, 2016) |
|---|---|
| **Principal and Interest** | $305.85 |
| **Regular Escrow Payments** | 368.54 |
| **Total Payment** | **$674.39** |

Since you are in active bankruptcy, your new payment amount shown above is the amount due on the payment due date for each month starting on the month following the date you filed your petition. If the trustee is making your mortgage payments directly to SPS, you may need to modify your plan.

### 2. Why did the escrow portion of my payment change?
There are 2 main reasons your escrow account payment may change from year to year.

**A. Regular Escrow Payments -** Changes occur based on the expected property tax or insurance payments that were made this past year. Table 2 shows your payment results this past year.

| TABLE 2<br>Escrowed Item | Prior Year Payments | Current Year Payments | Change |
|---|---|---|---|
| COUNTY TAX | $1,308.70 | $1,308.70 | $0.00 |
| FLOOD INS | $500.00 | $560.00 | $60.00 |
| HAZARD INS | $1,938.52 | $2,234.67 | $296.15 |
| **Total annual Escrow Payments** | **$3,747.22** | **$4,103.37** | **$356.15** |
| **Monthly Escrow Payments** | **$312.27** | **$341.95** | **$29.68** |

**B. Repayment of Escrow Shortage -** Please be advised that this is not an attempt to collect any prepetition debt which we have previously claimed on the Proof of Claim. We do however, need to address a shortage in your escrow account which on the date of this statement is $319.12. As stated, this shortage amount does not include any unpaid prepetition taxes or insurance we advanced on your behalf and we included in the proof of claim. The shortage may be paid in a lump sum or if you elect may be paid over a 12 month period at $26.59 per month, as shown in table 1 above.

Thank you for being a valuable customer of SPS.

Select Portfolio Servicing, Inc.

**ERLINDA D AVILES**  Loan Number: ▇▇▇▇
NEW PAYMENT EFFECTIVE DATE: January 01, 2016

**Table 3 -**
The following is an itemization of the disbursements made for taxes and insurance since your last analysis. The Letter E beside an amount indicates that the payment or distribution has not yet occurred but is estimated to occur as shown.

| Table 3 Month | Description | Payments Estimate | Payments Actual | | Disbursements Estimate | Disbursements Actual | | Total Balance |
|---|---|---|---|---|---|---|---|---|
| **History** | Beginning Balance | | | | | | | -$1,301.00 |
| July | HAZARD INS | 312.27 | 0.00 | * | 1,938.52 | 0.00 | * | -1,301.00 |
| August | | 312.27 | 1,648.65 | * | 0.00 | 0.00 | | 347.65 |
| September | | 312.27 | 0.00 | * | 0.00 | 0.00 | | 347.65 |
| October | | 312.27 | 347.65 | E | 0.00 | 0.00 | E | 695.30 |
| November | COUNTY TAX | 312.27 | 347.65 | E | 1,308.70 | 1,308.70 | E | -265.75 |
| December | | 312.27 | 347.65 | E | 0.00 | 0.00 | E | 81.90 |

**Still need more information about your escrow analysis? Please contact us as follows:**
- WEB   - go to www.spservicing.com  for more information about your payments
- Phone -  Please call us at 800-258-8602. Customer Service Representatives are available as follows:
    Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and
    Saturday from 8 a.m. to 2 p.m., Eastern Time.