**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Erlinda Del Socorro Aviles        Case No: 14-36649-RAM
                                          Chapter 13

_____ Debtor _____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1) ☒  No further action is necessary.

2)    The following actions have been taken:

   ☐  The debtor has filed an objection to the proof of claim filed by _____.

   ☐  The debtor has filed a _____ amended plan or modified plan to provide for the proof of claim filed by _____.

   ☐  Other: _____
       _____
       _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on  February 25, 2016  .

                          Submitted by:
                          **ROBERT SANCHEZ, P.A.**
                          Attorney for Debtor
                          355 W 49th Street
                          Hialeah, FL 33013
                          Tel. (305) 687-8008

                          By:/s/Robert Sanchez_____
                          Robert Sanchez, Esq., FBN#0442161

LF-76 (rev. 12/01/09)