

**ORDERED in the Southern District of Florida on July 11, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                          Case No.  14-36649
    ERLINDA DEL SOCORRO AVILES                     Chapter 13
    _____Debtor(s)_____/

## ORDER SUSTAINING TRUSTEE's OBJECTION TO CLAIM 1
### FILED BY Veripro Solutions

    This matter having been considered without hearing  upon the Trustee's Objection to Claim[s] [DE # 55 ], and the objector by submitting this form order having represented that the objection was served on the parties  listed below, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no one listed below has  filed, or served on the objector, a response to the objection, and that the relief to be granted in this order is the identical relief requested in the objection, and this court having considered the basis for the objection to the claim,  it is

    **ORDERED** that Trustee's objection[s] to the following claim[s] is [are] sustained as

LF-25 (rev. 12/01/15)

Claim number 1 filed by Veripro Solutions is rejecting funds and requesting the Trustee not to send any further monies

.

###

**Submitted by:**

       NANCY K. NEIDICH, ESQUIRE
       STANDING CHAPTER 13 TRUSTEE
       P.O. BOX 279806
       MIRAMAR, FL 33027-9806

Nancy K Neidich, Esq, Chapter 13 Trustee shall serve a copy of the signed order on all required parties and file with the court a certificate of service conforming with Local Rule 2002-1(F).

LF-25 (rev. 12/01/15)