**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:  Erlinda Aviles                           Case No. 14-36649-RAM
                                                 Chapter

_____Debtor_____/

**EX PARTE MOTION TO APPROVE FINAL MORTGAGE MODIFICATION
AGREEMENT WITH SELECT PORTFOLIO SERVICING, INC.**

The above-referenced Debtor requests the Court enter an Order approving the FINAL Mortgage Modification Agreement with Select Portfolio Servicing, Inc. ("Lender") and states as follows:

    1.    The Court referred this matter to Mortgage Modification Mediation ("MMM") on February 4, 2015 ( ECF # 25).

    2.    The final MMM conference was held on June 4, 2015.

    3.    The MMM Mediator filed a Final Report of Mortgage Modification Mediator on June 4, 2015 (ECF #46), reporting the parties reached a trial modification agreement.

    4.    On June 17, 2015, the Court entered the Order Granting Motion to Approve Loss Mitigation/Mortgage Modification Agreement with Lender [ECF#50] approving the trial modification agreement.

    5.    On or about August 15, 2015, the parties entered into the FINAL modification agreement.

    6.    Attached is a copy of the FINAL modification Agreement entered into between the parties  (with all personal identifiers redacted)**.**

    7.    Pursuant to the Agreement, the Lender will draft all documents required by the

Agreement, other than pleadings or plans required to be filed in this case.

**[For chapter 13 cases only]:**

    8.    Pursuant to the Agreement, the Debtor will amend the plan by September 20, 2016 to provide for the payment.

    9.    All payments shall be considered timely upon receipt by the trustee, not upon receipt by the Lender.

    10.    The trustee may disburse the payment as adequate protection to the Lender until such time as the plan/modified plan is confirmed, or the case is dismissed or converted to another chapter.

**WHEREFORE, the** Debtor requests the Motion to Approve Mortgage Modification Agreement with Select Portfolio Servicing, Inc.. ("Lender") be granted and for such other and further relief as this Court deems proper.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the Motion to Approve Mortgage Modification Agreement with Select Portfolio Servicing, Inc. was served by U.S, first class mail, upon the parties listed below on August 18, 2016.

    /s/ Robert Sanchez, Esq.
    Attorney for Debtor(s)
    Address:355 West 49th Street
    Hialeah, FL 33012
    Telephone: (305) 687-8008
    Fax:_(305) 512-9701
    Florida Bar No.: 0442161
    email: Court@bankruptcyclinic.com

Copies to: [all parties to mediation]
Select Portfolio Servicing, Inc.
c/o Aldridge Pite, LLP f/k/a Aldridge Connors, LLP
3575 Piedmont Road Northeast, #500
Atlanta, GA 30305