UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  Case No. 14-36649-RAM

Erlinda Del Socorro Aviles

      Debtor(s).  Chapter 13
_____/

## DEBTOR'S MOTION TO MODIFY, EARLY PAY OFF OF CHAPTER 13 PLAN, AND REQUEST FOR DISCHARGE

**COMES NOW,** the Debtor, by and through her undersigned counsel and files this Motion to Modify, Early Pay Off of Chapter 13 Plan, and Request for Discharge and as grounds states as follows:

1. On December 4, 2014 the instant case was filed.

2. On April 27, 2015 Debtor's First Amended Chapter 13 plan was confirmed.

3. The Debtor was participating in this Court's MMM procedure and was granted a final loan modification that was approved by Court order.

4. The Debtor wishes to modify the plan and pay the lender direct and outside the plan.

5. Also, the only proof of claim that was filed in the Debtor's case was by Creditor Veripro Solutions, Inc., for the second mortgage that was stripped off by Order granting the Motion to Value [ECF#42].

6. Said Creditor's claim was stricken and disallowed by Order Sustaining the Trustee's Objection on July 12, 2016 [ECF#56].

7. The Debtor now wishes to state to pay 100% of all allowed unsecured claims in her plan, which would only be the past amounts paid to said Creditor and not paying any additional funds to said creditor, nor any other creditor, since the claims deadline already expired.

8. In sum, the Debtor is proposing to not pay any additional funds to any other Creditor, save for remaining attorney's fees, and requests an early payoff.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtor's First Modified Plan, Allowing Debtor to Pay Off the Chapter 13 Plan Early, Issue a Discharge Thereafter, and such relief consistent with this request for relief.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Nancy K. Neidich, Trustee and U.S. Mail on November 23, 2016: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
      Robert Sanchez, Esq., FBN#0442161

Case 14-36649-RAM    Doc 62    Filed 11/23/16    Page 3 of 3