**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**2d Modified Plan**

DEBTOR: Erlinda Del Socorro Aviles    JOINT DEBTOR: _____    CASE NO.: 14-36649-RAM
Last Four Digits of SS# 3277    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 1,017.97 for months 1 to 23; in order to pay the following creditors:
    B.    $ 2,625.00 for months 24 to 24; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650 + $1800 (MMM Motion) + $775 (Motion to value) + $525 (Mtn to Modify) = 6750 TOTAL PAID $ 1500    Balance Due $ 5250
    payable $ 125.54/month (Months 1 to 23); pay $ 2362.50/month (Months 24 to 24)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. Select Portfolio Servicing
Address: P.O. Box 65250
Salt Lake City, UT 84165    MMM Payment    $ 809.49/month (Months 1 to 23)
Account No: xxxx5241

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Home Loan Services | 28366 SW 134 Court, Homestead, FL 333033  $110,000 | 0% | n/a | n/a | Strip off mortgage |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None    Total Due $ _____
    Payable $ _____/month (Months ___ to ___) Regular Payment $ _____

`

Unsecured Creditors: Pay $ 52.84/month (Months 1 to 23).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.
The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is modified to be on or before May 15 each year the case is pending and that the debtor shall provide the Trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. The Debtor was granted a final loan modification with Select Portfolio Servicing ("Lender"), loan number xxxx5241, for real property located at 28366 SW 134 Court, Homestead, FL 33033 and will pay lender direct and outside.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/ Robert Sanchez, Esq.
Debtor                                                    Joint Debtor
Date: 1/23/2017                                         Date: _____

LF-31 (rev. 01/08/10)